| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | McGREGOR W. SCOTT<br>United States Attorney<br>STANLEY A. BOONE<br>SHEILA K. OBERTO<br>Assistant U.S. Attorneys<br>3654 Federal Building<br>1130 "O" Street<br>Fresno, California 93721<br>Telephone: (559) 498-7272 |



FILED

MAR 3 1 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE  )   S.W. NO. 06SW00085
SEARCHES OF:          )
                      )   **UNDER SEAL**
291 N. Maple Avenue   )
Fresno, California 93702 )   ORDER SEALING SEARCH
                      )   WARRANT AFFIDAVIT
115 S. Willow Avenue  )
Fresno California 93727 )
                      )
4530 E. Mono Street,  )
Fresno California 93702 )
                      )
346 S. Dearing Avenue )
Fresno California 93702 )
                      )
820 North Street      )
Sanger California 93657 )
                      )
1638 10th Street      )
Sanger California 93657 )
                      )
622 Eastwood Avenue   )
Sanger California 93657 )
                      )
_____ )

The United States of America, having applied to this Court, for an Order permitting it to file the search warrant and applicant and affidavit in the above-entitled proceedings, together with its Application to Seal, Memorandum of Points and Authorities and the accompanying Declaration of Stanley A.

1

1 | Boone, under seal, and good cause appearing therefor,

2 | IT IS HEREBY ORDERED that the search warrant affidavit in the above-entitled proceeding, together with the Application To Seal of the United States Attorney and the accompanying Memorandum of Points and Authorities and Declaration of Stanley A. Boone, shall be filed with the Court <u>in</u> <u>camera</u>, under <u>seal</u> and shall not be disclosed pending further order of this court.

DATED: 3-31-06

_(signature)_
LAWRENCE J. O'NEILL
U.S. Magistrate Judge