```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  STANLEY A. BOONE
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California  93721
    Telephone:  (559) 497-4000
 5
```

FILED
JUL 1 7 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF: | 01: 06-SW-00082 LJO |
| --- | --- |
|  | 01: 06-SW-00083 LJO |
| 291 N. Maple Avenue | 01: 06-SW-00084 LJO |
| Fresno, California 93702 | 01: 06-SW-00085 LJO |
|  | 01: 06-SW-00086 LJO |
| 115 S. Willow Avenue | 01: 06-SW-00087 LJO |
| Fresno California 93727 | 01: 06-SW-00088 LJO |
| 4530 E. Mono Street, Fresno California 93702 | ORDER TO UNSEAL SEARCH WARRANT AFFIDAVIT AND WARRANTS |
| 346 S. Dearing Avenue Fresno California 93702 | |
| 820 North Street Sanger California 93657 | |
| 1638 10th Street Sanger California 93657 | |
| 622 Eastwood Avenue Sanger California 93657 | |

The search warrant affidavit in this case having been sealed by Order of this Court on March 31, 2006, and it appearing that the affidavits and warrants are not required to remain secret based upon the motion submitted by the government,

IT IS HEREBY ORDERED that the search warrant affidavits and warrants be unsealed and made public record.

DATED: 7/14/2006

_____
UNITED STATES MAGISTRATE JUDGE

1